**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 19-6300**

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

EDUARD BANGIYEV, a/k/a Eddie,

Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Alexandria. Liam O'Grady, District Judge. (1:14-cr-00206-LO-6)

Submitted: June 20, 2019                    Decided: June 25, 2019

Before NIEMEYER, AGEE, and RICHARDSON, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Eduard Bangiyev, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Eduard Bangiyev appeals the district court's order dismissing his petition for writ of error coram nobis or audita querela. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Bangiyev*, No. 1:14-cr-00206-LO-6 (E.D. Va. filed Feb. 14, 2019; entered Feb 15, 2019). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*